McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, CA   93721
Telephone: (559) 498-7272


                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA        )   Case No. 1:05-cr-00247 AWI
                                )
                Plaintiff,       )   STIPULATION AND
                                )   ORDER FOR CONTINUANCE
          v.                     )
                                )
JESUS TOLOSA-LOPEZ,              )
                                )
                Defendant.       )
_____)

     IT IS HEREBY STIPULATED by and between McGregor W. Scott,

United States Attorney and Marianne A. Pansa, Assistant U.S.

Attorney and Eric Kersten, attorney for defendant, Jesus Tolosa-

Lopez, that the Status Conference currently scheduled for

November 14, 2005 at 9:00 a.m. be continued to November 28, 2005

at 9:00 a.m. The parties agree that time shall be excluded

beginning on November 4, 2005 until the next hearing day in the

interest of justice and for effective defense preparation

pursuant to 18 U.S.C. §§ 316(h)(8)(A), 3161(h)(8)(B)(I), and

316(h)(8)(B)(iv).

///

///

1   ///

2   ///

3   ///

4   Dated: November 4, 2005            Respectfully submitted,

5

6                                      McGREGOR W. SCOTT

7                                      United States Attorney

8

9

10                                By    /s/ Marianne A. Pansa

11                                      MARIANNE A. PANSA

12                                      Assistant U.S. Attorney

13

14  Dated: November 4, 2005             /s/ Eric Kersten

15                                      ERIC KERSTEN

16                                      Attorney for Defendant

17                                      JESUS TOLOSA-LOPEZ

18      IT IS SO ORDERED.

19  **Dated:   November 8, 2005**            **/s/ Anthony W. Ishii**
20  0m8i78                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28