QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jesus Tolosa-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00247 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE AND ORDER |
| v. ) | |
| JESUS TOLOSA-LOPEZ ) | Date: February 6, 2006 |
| DefendantS. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Jesus Tolosa-Lopez, that the date for status conference in this matter may be continued to February 6, 2006. It is also requested that a new motion briefing schedule be ordered. It is requested that any additional motions may be filed by January 3, 2006; that any response or opposition may be filed by January 23, 2006; that any reply may be filed by January 30, 2006; and that the status conference and hearing on the motions may be set for February 6, 2006**. The date currently set for status conference is December 12, 2005. The requested new date is February 6, 2006.**

This request is made to allow time to conduct additional investigation in an effort to reach a negotiated settlement in this matter, and to file any motions which may be appropriate prior to the status

conference.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: December 8, 2005          By  /s/ Kathleen A. Servatius
                                                    MARIANNE A. PANSA
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                  QUIN DENVIR
                                                  Federal Public Defender

DATED: December 8, 2005          By  /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Jesus Tolosa-Lopez

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 9, 2005**                  **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE