DENNIS S. WAKS, Bar #142581
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jesus Tolosa-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JESUS TOLOSA-LOPEZ,  )<br>  )<br>          Defendant.  )<br>  )<br>_____ ) | NO. 1:05-cr-00247 AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER THEREON<br><br>Date:  March 20, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record herein that the Status Conference hearing in the above captioned matter, scheduled for February 6, 2006, may be continued to **March 20, 2006 at 9:00 a.m.**

    This request is made to allow time to conduct additional investigation in an effort to reach a negotiated settlement in this matter, and to file any motions which may be appropriate prior to the status conference.

    The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

///

///

///

motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

|                              |                                                                                       |
|------------------------------|---------------------------------------------------------------------------------------|
|                              | McGREGOR W. SCOTT<br>United States Attorney                                           |
| DATED: February 2, 2006      | By /s/ Marianne A. Pansa<br>MARIANNE A. PANSA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|                              | DENNIS S. WAKS<br>Acting Federal Defender                                             |
| DATED: February 2, 2006      | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jesus Tolosa-Lopez |

### O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 3, 2006**            /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE