1

2

3            IN THE UNITED STATES DISTRICT COURT

4          FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6   UNITED STATES OF AMERICA,            )   NO. 1:05-cr-00247 AWI
                                         )
7                   Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE AND ORDER THEREON
8        v.                              )
                                         )   Date:  May 6, 2006
9   JESUS TOLOSA-LOPEZ                    )   Time:  9:00 a.m.
                                         )   Judge: Hon. Anthony W. Ishii
10                  Defendant.           )
                                         )
11  _____     )

12

13        The Parties have filed the following stipulation:

14        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15  counsel of record herein that the Status Conference hearing in the above captioned matter, scheduled for

16  April 17, 2006, may be continued to **May 6, 2006 at 9:00 a.m.**

17        This request is made to allow time to conduct additional investigation in an effort to reach a

18  negotiated settlement in this matter, and to file any motions which may be appropriate prior to the status

19  conference.

20        The parties agree that the delay resulting from the continuance shall be excluded as necessary for

21  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

22  ///

23  ///

24  ///

25

26

27

28

1   motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

2

3                                          McGREGOR W. SCOTT
                                           United States Attorney
4

5   DATED: April 13, 2006          By /s/ Marianne A. Pansa
                                        MARIANNE A. PANSA
6                                       Assistant United States Attorney
                                        Attorney for Plaintiff
7

8                                          DANIEL J. BRODERICK
                                           Acting Federal Defender
9

10  DATED: April 13, 2006          By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      Jesus Tolosa-Lopez

13

14

15                            **O R D E R**

16       The Status Conference hearing in the above captioned matter is continued to **May 8, 2006** at 9:00

17  a.m.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.

18  §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

19

20  IT IS SO ORDERED.

21  **Dated:    April 13, 2006**              _____/s/ Anthony W. Ishii_____
    0m8i78                               UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference
                                    2