DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jesus Tolosa-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00247 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | Date:  August 7, 2006 |
| JESUS TOLOSA-LOPEZ | ) ) | Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record herein that the Status Conference hearing in the above captioned matter, scheduled for June 19, 2006,  may be continued to **August 7, 2006 at 9:00 a.m.**

   This request is made to allow additional time for investigation and  plea negotiations.

   The parties agree that the delay resulting from the continuance shall be excluded as necessary for

///
///
///
///
///
///
///

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                              McGREGOR W. SCOTT
                              United States Attorney

DATED: June 14, 2006        By /s/ Marianne A. Pansa
                              MARIANNE A. PANSA
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              DANIEL J. BRODERICK
                              Acting Federal Defender

DATED: June 14, 2006        By /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                Jesus Tolosa-Lopez

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:  June 16, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE